AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

36 C.F.R. § 1002.31(a)(1) - Trespass; 36 C.F.R. § 1002.31(a)(3) - Vandalism; 6 C.F.R. § 1002.32(a)(1) - Interfering with Agency Functions

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**

Not more than 6 months imprisonment, a $5,000 fine, and a $10 special assessment fee.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
▶ Ryan A. Baltodano, Ivonne M. Guerrero, Ulises E. Santos

**DISTRICT COURT NUMBER**
CR 07 0692 MAG

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) **WENDY THOMAS**

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 9/11/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1 | SCOTT N. SCHOOLS (SCBN 9990)
2 | United States Attorney

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,  ) No.
12 |      Plaintiff, )
13 |      v. ) VIOLATION: Title 36, Code of Federal Regulations, Section 1002.31(a)(1) – Trespass (Class B Misdemeanor); Title 36, Code of Federal Regulations, Section 1002.31(a)(3) – Vandalism (Class B Misdemeanor); Title 36, Code of Federal Regulations, Section 1002.32 (a)(1) – Interfering with Agency Functions
14 | RYAN A. BALTODANO,
15 | IVONNE M. GUERRERO, and
     ULISES E. SANTOS,
16 |      Defendants. )
17 |      ) SAN FRANCISCO VENUE

### INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 1002.31(a)(1) - Trespass

On or about September 11, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendants,

           RYAN A. BALTODANO,
           IVONNE M. GUERRERO, and
           ULISES E. SANTOS,

were trespassing, entering or remaining in or upon property not open to the public without express invitation or consent of the person having lawful control of the property, in violation of Title 36, Code of Federal Regulations, Section 1002.31(a)(1), a Class B Misdemeanor.

INFORMATION

1  COUNT TWO: 36 C.F.R. § 1002.31(a)(3) - Vandalism

2      On or about September 11, 2007, in the Northern District of California, within the

3  boundaries of an area administered by the Presidio Trust, the defendant,

4                                   RYAN A. BALTODANO,

5  destroyed, injured, defaced, and damaged property, in violation of Title 36, Code of Federal

6  Regulations, Section 1002.31(a)(3), a Class B Misdemeanor.

7  COUNT THREE: 36 C.F.R. § 1002.32(a)(1) - Interfering With Agency Functions

8      On or about September 11, 2007, in the Northern District of California, within the

9  boundaries of an area administered by the Presidio Trust, the defendant,

10                                  ULISES E. SANTOS,

11 threatened, resisted, intimidated, or intentionally interfered with a government employee or

12 agent engaged in an official duty or on account of the performance of an official duty, in

13 violation of Title 36, Code of Federal Regulations, Section 1002.32(a)(1), a Class B

14 Misdemeanor.

15

16 DATED: 10/25/07                        SCOTT N. SCHOOLS
                                                                        United States Attorney

17

18                                                                         GREGG W. LOWDER

19                                                                         Chief, Major Crimes Section

20

21 (Approved as to form: _____ )
                               WENDY THOMAS

22                                Special Assistant United States Attorney

23

24

25

26

27

28

INFORMATION