SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Fax: (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0692 MAG |
|     Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| RYAN A. BALTODANO, ) IVONNE M. GUERRERO, and ) ULISES E. SANTOS, ) | |
|     Defendants. ) | |

    Based on the facts set forth in the Declaration of Danielle Crockett in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a Summons for defendants Ryan Baltodano, 68 Alder Street, San Francisco, CA 94134, Ivonne Guerrero, 850

//

//

//

//

//

//

MOTION FOR SUMMONS
Case No. CR 07-0692 MAG

1  //

2

3  Dolores Street, San Francisco, CA 94110, and Ulises Santos, 268 MacDonald Avenue, Daly

4  City, CA 94014.  The facts set forth in the Declaration demonstrate that probable cause exists to

5  summon the defendants to answer the Information that has been filed by the United States

6  Attorney.

   Respectfully submitted,

7  SCOTT N. SCHOOLS
8  United States Attorney

9  Dated:  11/16/2007                              /s/
10                                         WENDY THOMAS
                                           Special Assistant United States Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28