JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY M. THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6809
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. CR 07-0692 MAG |
|     Plaintiff,    ) | |
|     )  v.    ) | **STIPULATION AND PROPOSED ORDER FOR CONTINUANCE** |
| RYAN A. BALTODANO,    ) | |
| IVONNE M. GUERRERO, and    ) | |
| ULISES E. SANTOS,    ) | |
|     Defendants.    ) | |

    With the agreement of counsel for both parties, the parties stipulate as follows:

    1. The parties agree to continue the above referenced matter from April 3, 2008, at 10:00 a.m., to May 8, 2008, at 10:00 a.m., for Pretrial Services to complete its assessment of the above-

//
//
//
//
//
//
//

[Proposed] Stipulation and Order
CR 07-0692 MAG                        1

referenced defendants' eligibility for Pretrial Diversion.  In the event all parties have entered into diversion agreements by May 8, 2008, the appearance will be vacated.

    IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED:  4/3/08                                            /s/
WENDY M. THOMAS
Special Assistant United States Attorney

DATED:   4/3/08                                            /s/
ERIC HAIRSTON
Attorney for Mr. Santos

DATED:   4/8/08                                            /s/
ANTHONY BRASS
Attorney for Ms. Guerrero

DATED:   4/3/08                                            /s/
ERIK BABCOCK
Attorney for Mr. Baltodano

IT IS SO ORDERED.

DATED:_____                _____
MARIA ELENA JAMES
United States Magistrate Judge