1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY M. THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6809
7      Fax: (415) 436-7234

8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,        )   Case No. CR 07-0692 MAG
13                                   )
           Plaintiff,                )
14                                   )
       v.                            )   **STIPULATION AND** ~~PROPOSED~~
15                                   )   **ORDER FOR CONTINUANCE**
   RYAN A. BALTODANO,                )
16 IVONNE M. GUERRERO, and           )
   ULISES E. SANTOS,                 )
17                                   )
           Defendants.               )
18 _____    )

19    With the agreement of counsel for both parties, the parties stipulate as follows:

20    1. The parties agree to continue the above referenced matter from April 3, 2008, at 10:00

21 a.m., to May 8, 2008, at 10:00 a.m., for Pretrial Services to complete its assessment of the above-

22 //

23 //

24 //

25 //

26 //

27 //

28 //


[Proposed] Stipulation and Order
CR 07-0692 MAG                              1

1  referenced defendants' eligibility for Pretrial Diversion.  In the event all parties have entered into
2  diversion agreements by May 8, 2008, the appearance will be vacated.

    IT IS SO STIPULATED:
                                                        JOSEPH P. RUSSONIELLO
                                                        United States Attorney

DATED: 4/3/08                                           /s/
                                                        WENDY M. THOMAS
                                                        Special Assistant United States Attorney

DATED: 4/3/08                                           /s/
                                                        ERIC HAIRSTON
                                                        Attorney for Mr. Santos

DATED: 4/8/08                                           /s/
                                                        ANTHONY BRASS
                                                        Attorney for Ms. Guerrero

DATED: 4/3/08                                           /s/
                                                        ERIK BABCOCK
                                                        Attorney for Mr. Baltodano

IT IS SO ORDERED.

DATED: April 11, 2008                                   _____
                                                        MARIA ELENA JAMES
                                                        United States Magistrate Judge